**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                     )<br>            Plaintiff,      )<br>   v.                             )<br>                                     )<br>Janie Angie Chee                )<br>                                     )<br>            Defendant.   )<br>_____) | 05-4272M<br><br>ORDER OF DETENTION |

     A detention and pretrial release revocation hearing for violation of pretrial release was held on January 13, 2006. Defendant, Janie Angie Chee appears with counsel, Robert J. McWhirter and the government is represented by Darcy Cerow.

     Counsel for defendant submitted the matter on the record.

     The Court finds by clear and convincing evidence that defendant has violated at least one of the conditions of her release. The Court also finds that defendant is unlikely to abide by any condition or combination of conditions to assure her appearance or protect the safety of the community.

     IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

     DATED this 18th day of January, 2006.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge